UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 12-cr-00344-06 |
| VERSUS | JUDGE FOOTE |
| CRYSTAL ANN SAMPY (06) | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION
### ON FELONY GUILTY PLEA
### BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, CRYSTAL ANN SAMPY, on August 15, 2013.  The defendant was present with her counsel Carol B. Whitehurst.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that her guilty plea is knowing and voluntary, and that her guilty plea to Count Two of the Superceding Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, CRYSTAL ANN SAMPY, in accordance with the terms of the plea agreement filed in the record of these proceedings, and

that CRYSTAL SAMPY be finally adjudged guilty of the offense charged in Count Two of the Superceding Indictment.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Crim. P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the District Judge before she makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 15th day of August 2013.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE