UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00344(06) |
| VERSUS | * | JUDGE FOOTE |
| CRYSTAL SAMPY(06) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Crystal Sampy, and adjudges her guilty of the offense charged in Count Two of the Superseding Indictment against her.

IT IS FURTHER ORDERED that this matter is set for sentencing on January 10, 2014 at 10:00 a.m. in Lafayette before the undersigned.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 9th day of September, 2013.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE